**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE APPLICATION OF EURASIAN
NATIONAL RESOURCES CORP. LTD.

20 Farringdon Street
London, EC4A 4AB
United Kingdom

                 Petitioner,

for an order pursuant to 28 U.S.C. § 1782 to
conduct discovery for use in a foreign
proceeding.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.

# *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

MORVILLO ABRAMOWITZ GRAND
  IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600

CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave. NW
Washington, D.C. 20037
Tel: (202) 974-1500
Fax: (202) 974-1999

Eurasian Natural Resources Corporation Limited ("Petitioner") respectfully submits this application *ex parte* for an order pursuant to 28 U.S.C. § 1782 ("Section 1782") permitting Petitioner to seek discovery for use in a civil proceeding currently pending in the United Kingdom ("Petition"). Petitioner respectfully requests that the Court endorse the proposed order attached hereto as Exhibit A, authorizing it to serve the subpoena for documents and testimony attached hereto as Exhibit B on Glenn Simpson.

For the reasons set forth in the concurrently-filed Memorandum of Law submitted in support of the Petition, the Petition meets each of Section 1782's statutory requirements, and also satisfies each of the discretionary factors that courts consider in deciding whether to authorize discovery under Section 1782. The Petition is further supported by the concurrently-filed Declaration of Justin Michaelson and the exhibits attached thereto.

Dated: December 5, 2019
Washington, D.C.

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Nowell D. Bamberger*

Nowell D. Bamberger (D. Md. Bar # 21111)
Steven J. Kaiser (D. Md. Bar # 17392)
2112 Pennsylvania Ave. NW
Washington, D.C. 20037
Tel: (202) 974-1500
Fax: (202) 974-1999
nbamberger@cgsh.com
skaiser@cgsh.com

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Robert J. Anello (*pro hac vice* application forthcoming)
Christopher B. Harwood (*pro hac vice* application forthcoming)
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
Fax: (212) 856-9494
ranello@maglaw.com
charwood@maglaw.com

*Counsel for Petitioner Eurasian Natural Resources Corporation Limited*