UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

IN RE APPLICATION OF EURASIAN
NATURAL RESOURCES CORP. LTD.

                              Petitioner,

for an order pursuant to 28 U.S.C. § 1782 to
conduct discovery for use in a foreign
proceeding.

## INDEX OF EXHIBITS

Exhibit 1:    Particulars of Claim for *ENRC v Hollingsworth* (the "English Proceeding"), Claim No. BL-2019-001955

Exhibit 2:    Email from Mark Hollingsworth (July 01, 2013)

Exhibit 3:    Email from Mark Hollingsworth (July 28, 2011)

Exhibit 4:    Hollingsworth Diary Entry (July 20–21, 2011)

Exhibit 5:    Hollingsworth Diary Entry (July 22–23, 2011)

Exhibit 6:    Email from Mark Hollingsworth (July 24, 2011)

Exhibit 7:    Email from Mark Hollingsworth (August 09, 2011)

Exhibit 8:    Email from Mark Hollingsworth (August 23, 2011)

Exhibit 9:    Email from Mark Hollingsworth (September 16, 2011)

Exhibit 10:    Hollingsworth Diary Entry (October 02–03, 2011)

Exhibit 11:    Email from Mark Hollingsworth (October 04, 2011)

Exhibit 12:    Email from Mark Hollingsworth (October 12, 2011)

Exhibit 13:    Email from Mark Hollingsworth (October 20, 2011)

Exhibit 14:    Email from Mark Hollingsworth (October 21, 2011)

Exhibit 15:    Email from Mark Hollingsworth (October 25, 2011)

| | |
|---|---|
| Exhibit 16: | Hollingsworth Diary Entry (October 26–27, 2011) |
| Exhibit 17: | Hollingsworth Diary Entry (November 15–16, 2011) |
| Exhibit 18: | Hollingsworth Diary Entry (November 27–28, 2011) |
| Exhibit 19: | Hollingsworth Diary Entry (November 29–30, 2011) |
| Exhibit 20: | Email from Mark Hollingsworth (December 02, 2011) |
| Exhibit 21: | Hollingsworth Diary Entry (December 01–02, 2011) |
| Exhibit 22: | Email from Mark Hollingsworth (December 10, 2011) |
| Exhibit 23: | Email from Mark Hollingsworth (January 19, 2012) |
| Exhibit 24: | Email from Glenn Simpson (March 18, 2013) |
| Exhibit 25: | Email from Mark Hollingsworth (March 15, 2013) |
| Exhibit 26: | Hollingsworth Diary Entry (March 18–19, 2013) |
| Exhibit 27: | Email from Mark Hollingsworth (March 20, 2013) |
| Exhibit 28: | Hollingsworth Diary Entry (March 20–21, 2013) |
| Exhibit 29: | Hollingsworth Diary Entry (March 22–23, 2013) |
| Exhibit 30: | Email from Mark Hollingsworth (April 29, 2013) |
| Exhibit 31: | Hollingsworth Diary Entry (May 31 – June 01, 2013) |
| Exhibit 32: | Hollingsworth Diary Entry (June 12–13, 2013) |
| Exhibit 33: | Hollingsworth Diary Entry (June 14–15, 2013) |
| Exhibit 34: | Hollingsworth Diary Entry (June 16–17, 2013) |
| Exhibit 35: | Hollingsworth Diary Entry (June 24–25, 2013) |
| Exhibit 36: | Hollingsworth Diary Entry (June 26–27, 2013) |
| Exhibit 37: | Hollingsworth Diary Entry (July 08–09, 2013) |
| Exhibit 38: | *South Carolina Co v Assurantie NV [1986]* 3 WLR 398 |
| Exhibit 39: | *Bankers Trust International v PT Dharmala Sakti Sejahtera [1996]* CLC 252 |
| Exhibit 40: | *Omega Group Holdings Ltd v. Kozeny [2002]* CLC 132 |

Exhibit 41:    *Royal Bank of Scotland v Hicks [2011]* EWHC 287 (Ch)