# Exhibit 4



JULY                                              2011
20 Wednesday                          WEEK 29
                                      201-164

2011                                              JULY
WEEK 29
202-163                               Thursday 21

RE-MAIL
✓  "  GLENN — MEET TODAY

1 30—Glenn Simpson

8 — Glenn — Curzon Street

JUNE                JULY
M    6 13 20 27    M    4 11 18 25
T    7 14 21 28    T    5 12 19 26
W  1 8 15 22 29    W    6 13 20 27
T  2 9 16 23 30    T    7 14 21 28
F  3 10 17 24      F  1 8 15 22 29
S  4 11 18 25      S  2 9 16 23 30
S  5 12 19 26      S  3 10 17 24 31

AUGUST             SEPTEMBER
M  1 8 15 22 29    M    5 12 19 26
T  2 9 16 23 30    T    6 13 20 27
W  3 10 17 24 31   W    7 14 21 28
T  4 11 18 25      T  1 8 15 22 29
F  5 12 19 26      F  2 9 16 23 30
S  6 13 20 27      S  3 10 17 24
S  7 14 21 28      S  4 11 18 25