# Exhibit 5

| JULY | 2011 | 2011 | JULY |
|---|---|---|---|
| 22 | ███ | WEEK 29 ☾ 204-161 | Saturday 23 |

22
✓ CALL ROB - DOCUMENTS - NEXT WEDNESDAY

✓ CALL GLENN SIMPSON

2 - Glenn Simpson

5.30 - Rob
 - Glenn

AUGUST
M 1 8 15 22 29
T 2 9 16 23 30
W 3 10 17 24 31
T 4 11 18 25
F 5 12 19 26
S 6 13 20 27
S 7 14 21 28

SEPTEMBER
M   5 12 19 26
T   6 13 20 27
W   7 14 21 28
T 1 8 15 22 29
F 2 9 16 23 30
S 3 10 17 24
S 4 11 18 25