# Exhibit 7

## ^_ENRC^_ update

From: markhollingsworth@talk21.com
To: gsimpson@fusiongps.com
Date: Tuesday, 9 August 2011, 03:51 GMT-4

> Hi Glenn,
>
> Please see article on ENRC in the Business section of 'The Times' which was published today (Tuesday). You can access it online and will need to pay a small fee, but I am sure that Fusion GPS can afford it!!
>
> It's a shame that we missed out, but there is a lot of material that was not published in the story. Please call me to discuss and let me know when you are next in London because there is lots of other Kazakh business to be done, if you are interested.
>
> Mark