# Exhibit 9

## ^_ENRC^_ update

From: markhollingsworth@talk21.com
To: gsimpson@fusiongps.com
Date: Friday, 16 September 2011, 09:48 GMT-4

Hi Glenn,

I hope the shooting has been fun and you have not done a Dick Cheney!!

If you are meeting the client on ENRC tomorrow (Saturday) or Monday, please can we meet or at least speak before yout meeting, because there have been some positive developments that make a three month deal much more attainable.

I also look forward to the photos of you and Yearsley in your shooting gear on your Facebook page!!

Mark