# Exhibit 10

OCTOBER 2011

2 Sunday — WEEK 39 / 275-90

2011 OCTOBER

WEEK 40 / 276-89 — Monday 3

E-MAIL GLENN SIMPSON — SHOPPING LIST