# Exhibit 12

## Catching Up

From: markhollingsworth@talk21.com
To: alexanderyearsley@googlemail.com
Date: Wednesday, 12 October 2011, 04:21 GMT-4

Hi Alex,

I hope the move went well and you are now esconced in your neo-Gothic tower where you will be no doubt hosting Davenportesque parties.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Glenn is close to signing a deal on ENRC and so I will rope you in on that project.

Let's talk soon

Mark