# Exhibit 13

| | |
|---|---|
| **From:** | markhollingsworth@talk21.com |
| **Sent:** | Thursday, October 20, 2011 4:25 AM |
| **To:** | glenn simpson |
| **Subject:** | Re: belgium |

That's a real shame because I have an inside track with documents and we could clean up. I have also made progress on what happened in Belgium and have enough leads for your Belgian sub to crack that side of the project, but nothing we can do until you are signed up.

Please let me know when you are ready to roll........

**From:** glenn simpson <gsimpson@fusiongps.com>
**To:** Alex Yearsley <alex@stanleyglobal.co.uk>; mark hollingsworth <markhollingsworth@talk21.com>
**Sent:** Wednesday, 19 October 2011, 23:51
**Subject:** belgium

So dudes, our project is on hold. Still waiting for an explanation. Sorry. In the meantime I have lined up a kickass sub in brussels who I think can do the work there cheaply on what happened in the investigation. Lemme know.
--
Glenn R. Simpson
Fusion
+12025587164
Www.fusiongps.com

1