# Exhibit 14

**From:** markhollingsworth@talk21.com
**Sent:** Friday, October 21, 2011 1:32 PM
**To:** Alexander Yearsley
**Subject:** ███

Alex,

███

It appears that Glenn's case on ENRC is now back on, but I will believe it when he actually signs the contract.

Look forward to catching up with you properly next week

Mark


**From:** Alexander Yearsley <alexanderyearsley@gmail.com>
**To:** Mark Hollingsworth <markhollingsworth@talk21.com>
**Sent:** Monday, 17 October 2011, 9:57
**Subject:** Fwd: old friends

███

---------- Forwarded message ----------
From: ███
Date: Mon, 17 Oct 2011 10:52:41 +0200
Subject: old friends
To: Alexander Yearsley <alexanderyearsley@gmail.com>

Hey A

███

Gertler pops up again in High Court
Does the name Dan Gertler ring any bells? He's the Israeli diamond
billionaire who bought a company from the Congolese government for

1

$20m (£12m) and then sold it as part of a package a couple of months later to ENRC for $175m - in a deal that got the FTSE 100 miner into hot water.

Mr Gertler, a close friend of Congolese president, Joseph Kabila, is also a business partner of Glencore in the Congo.