# Exhibit 15

## ^_ENRC^_

From: markhollingsworth@talk21.com

To: gsimpson@fusiongps.com

Date: Tuesday, 25 October 2011, 07:54 GMT-4

Glenn,

Thanks for your message. That's great news. Let's talk on the phone today, although I am in a meeting between 3 pm and 4 pm UK time

M