# Exhibit 17



NOVEMBER 2011 — 15 Tuesday — WEEK 46, 319-46

11 — Rob — Cadogan Hotel — Payment/Cash

2011 NOVEMBER — Wednesday 16 — WEEK 46, 320-45

E-MAIL
GLENN — MEET

4 — Glenn Simpson — Mayfair Hotel