# Exhibit 18



NOVEMBER 2011 — 27 Sunday — WEEK 47 331-34

2011 NOVEMBER — WEEK 48 332-33 — Monday 28

E-MAIL GLENN — BANK