# Exhibit 19

Case 8:19-mc-00699 Document 1-24 Filed 12/06/19 Page 2 of 2



NOVEMBER 2011 — 29 Tuesday — WEEK 48 333-32

✓ CALL ROB
✓ SCAN DOC → GLENN

2011 NOVEMBER — WEEK 48 334-31 St Andrew's Day — Wednesday 30