# Exhibit 20

**From:** markhollingsworth@talk21.com
**Sent:** Friday, December 02, 2011 9:03 AM
**To:** glenn simpson
**Subject:** Re: update

I am running a little late.  I will e-mail you the current round-up plus Felix material at **about 4 pm-ish UK time** i.e. 11 am your time.


**From:** glenn simpson <gsimpson@fusiongps.com>
**To:** "markhollingsworth@talk21.com" <markhollingsworth@talk21.com>
**Sent:** Wednesday, 30 November 2011, 17:44
**Subject:** update

I have to brief client orally on Monday morning in DC. Need a current roundup, including especially whatever we have on Felix. Here is some stuff I put together on him. Will be in London Thursday and Friday.