# Exhibit 21



DECEMBER 2011
1 Thursday    WEEK 48  335-30

2011 DECEMBER
WEEK 48  336-29    Friday 2

— E-MAIL GLENN SIMPSON — INTERIM REPORT