# Exhibit 23

| | |
|---|---|
| **From:** | markhollingsworth@talk21.com |
| **Sent:** | Thursday, January 19, 2012 1:25 PM |
| **To:** | gsimpson@fusiongps.com |
| **Subject:** | New info on Felix Vulis |

Hi Glenn.

Our mutual friend Magic has obtained new documents on Felix Vulis which detail his finances and payments he has received from ENRC, his CV and also a copy of his service agreement and employment contract, although it is not signed.  If Felix is still of interest of you, please call me to discuss how to proceed.

Hope all is well

Mark


----- Forwarded Message -----
**From:** "markhollingsworth@talk21.com" <markhollingsworth@talk21.com>
**To:** glenn simpson <gsimpson@fusiongps.com>
**Sent:** Monday, 9 January 2012, 13:14
**Subject:** Re: checking in

I have some interesting new material on this case but very little - if at all - relates to Felix.  But please call me any time so we can brainstorm this one.  A lot depends on your client's priorities and focus.

**From:** glenn simpson <gsimpson@fusiongps.com>
**To:** Mark Hollingsworth <markhollingsworth@talk21.com>
**Sent:** Sunday, 8 January 2012, 17:42
**Subject:** Re: checking in

Ok good. We are discussing next steps. The priority remains felix. Let me know if you have any ideas.

------------------
Glenn R. Simpson
Fusion
Washington DC
+12025587164
Www.fusiongps.com

**From:** Mark Hollingsworth <markhollingsworth@talk21.com>
**Reply-To:** Mark Hollingsworth <markhollingsworth@talk21.com>
**Date:** Sun, 8 Jan 2012 16:59:31 +0000 (GMT)
**To:** glenn simpson <gsimpson@fusiongps.com>
**Subject:** Re: checking in

I am now back in London and so please call me when you are free.

1

**From:** glenn simpson <gsimpson@fusiongps.com>
**To:** "markhollingsworth@talk21.com" <markhollingsworth@talk21.com>
**Sent:** Tuesday, 3 January 2012, 20:51
**Subject:** checking in

Happy new year! You in Florida?
--
Glenn R. Simpson
Fusion
+12025587164
Www.fusiongps.com