# Exhibit 24

 **Gmail**  Mark Hollingsworth <markhollingsworthxx@gmail.com>

## Re: Update on ENRC and SFO and Prince AA
2 messages

**Glenn Simpson** <gsimpson@fusiongps.com>  18 March 2013 at 12:38
To: Mark Hollingsworth <markhollingsworthxx@gmail.com>

Can you send me a copy of that report?

------------------------
Glenn R. Simpson
Washington, DC
+1202 558 7164
+1 202 550 9736

From: Mark Hollingsworth <markhollingsworthxx@gmail.com>
Date: Thursday, March 14, 2013 3:13 PM
To: Glenn Simpson <gsimpson@fusiongps.com>
Subject: Update on ENRC and SFO and Prince AA

Hi Glenn,

I have been working with Christopher Thompson, the acting Mining Corresponent at the Financial Times. There is a huge appetite for this story but unfortunately the SFO issued a curt "No Comment" when asked about their new investigation into ENRC and their letter and would not even talk off-the-record. And ENRC has denied fairly strongly - but not aggressively - that there is a SFO investigation or one about to be launched. ENRC also told the FT that they did not receive any letter which made reference to any investigation or the issues that we have put to them.

In essence, ENRC are denying everything your source is saying. The FT are dead keen to run the story but do not have enough to go on. Is there any possibility of obtaining the letter?? Alternatively, is it possible to find out who at the SFO wrote the letter. I am afraid that unless we can produce more detail or get a precise transcript of the letter, then we cannot run any story. Plan B is to wait and go through all the documents and run a different story on The Trio. The only good news is that I obtained a report by Deschert to SFO dated July 2012 about their internal investigation into corruption. This has been leaked and is not in the public domain.

Please let me know what you think and call me as late as you like.

[redacted]

Not a great day, I am afraid.

Very best

Mark

---

**Mark Hollingsworth** <markhollingsworthxx@gmail.com>  20 March 2013 at 08:14
To: Glenn Simpson <gsimpson@fusiongps.com>

Yes, will do. I have just spoken to Simon Goodley at The Guardian. He is keen to run a major feature on The Trio, ENRC and Ibragimov and his relationship with Dalman. It will be published at the end of next week, and will focus on their assets and finances etc etc.

See tomorrow's UK press for reports on ENRC financials. The Guardian are focusing on the non-payment of a dividend.

[Quoted text hidden]