# Exhibit 25

 **Mark Hollingsworth <markhollingsworthxx@gmail.com>**

## ENRC?
1 message

**Mark Hollingsworth** <markhollingsworthxx@gmail.com>  15 March 2013 at 13:44
To: glenn simpson <gsimpson@fusiongps.com>

Glenn,

Just wondering if you have had any luck on SFO letter. The FT are very keen and will definitely run it - see their story on ENRC in today's FT.

Good luck

Mark