# Exhibit 26

MARCH                                                    2013

18  *Monday*                              WEEK 12
                            *Holiday (Northern Ireland, Republic of Ireland)*   77-288

2013                                                    MARCH

WEEK 12
78-287                                          *Tuesday*  19

3 — CALL GLENN SIMPSON

Scan + Email Report to Alex
and Glenn

| FEBRUARY | | | | | | MARCH | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M |   | 4 | 11 | 18 | 25 | M |   | 4 | 11 | 18 | 25 |
| T |   | 5 | 12 | 19 | 26 | T |   | 5 | 12 | 19 | 26 |
| W |   | 6 | 13 | 20 | 27 | W |   | 6 | 13 | 20 | 27 |
| T |   | 7 | 14 | 21 | 28 | T |   | 7 | 14 | 21 | 28 |
| F | 1 | 8 | 15 | 22 |   | F | 1 | 8 | 15 | 22 | 29 |
| S | 2 | 9 | 16 | 23 |   | S | 2 | 9 | 16 | 23 | 30 |
| S | 3 | 10 | 17 | 24 |   | S | 3 | 10 | 17 | 24 | 31 |

| APRIL | | | | | | MAY | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 1 | 8 | 15 | 22 | 29 | M |   | 6 | 13 | 20 | 27 |
| T | 2 | 9 | 16 | 23 | 30 | T |   | 7 | 14 | 21 | 28 |
| W | 3 | 10 | 17 | 24 |   | W | 1 | 8 | 15 | 22 | 29 |
| T | 4 | 11 | 18 | 25 |   | T | 2 | 9 | 16 | 23 | 30 |
| F | 5 | 12 | 19 | 26 |   | F | 3 | 10 | 17 | 24 | 31 |
| S | 6 | 13 | 20 | 27 |   | S | 4 | 11 | 18 | 25 |   |
| S | 7 | 14 | 21 | 28 |   | S | 5 | 12 | 19 | 26 |   |