# Exhibit 27

| | |
|---|---|
| **From:** | Mark Hollingsworth <markhollingsworthxx@gmail.com> |
| **Sent:** | Wednesday, March 20, 2013 12:48 PM |
| **To:** | glenn simpson |
| **Subject:** | New document on ENRC |
| **Attachments:** | IMG.pdf |

Glenn,

Attached is the document you asked for.  It is a report by Descherts to the SFO on their investigation into corruption at ENRC.  It was leaked - via an "independent PR consultant" - to the Financial Times and then a few days later the Daily Mail and The Guardian (possibly others).  I do not yet know the name of the PR consultant but will find out next week.

Hope this is useful and I have briefed the FT on the PWC angle and so they might publish a story tomorrow (Thursday)

Let's talk soon about the other documents you sent me and SFO

Good luck

Mark