# Exhibit 28

# MARCH 2013

**20 Wednesday** — WEEK 12 — 79-286

12 - Scan ENRC Report to Alex + Glenn

# 2013 MARCH

WEEK 12 — 80-285 — **Thursday 21**

E-mail Glenn - Mullan/Mullen

2.45 - Rob - Cadogan Hotel

