# Exhibit 29

| MARCH | 2013 |
|---|---|
| 22 Friday | WEEK 12<br>81-284 |

✓ E-Mail
✓ " Glenn Simpson — SFO/Prince AA — Budget — Trio

| 2013 | MARCH |
|---|---|
| WEEK 12<br>82-283 | Saturday 23 |

| FEBRUARY | | MARCH | |
|---|---|---|---|
| M  4 11 18 25 | | M  4 11 18 25 | |
| T  5 12 19 26 | | T  5 12 19 26 | |
| W  6 13 20 27 | | W  6 13 20 27 | |
| T  7 14 21 28 | | T  7 14 21 28 | |
| F  1  8 15 22 | | F  1  8 15 22 29 | |
| S  2  9 16 23 | | S  2  9 16 23 30 | |
| S  3 10 17 24 | | S  3 10 17 24 31 | |

| APRIL | | MAY | |
|---|---|---|---|
| M  1  8 15 22 29 | | M  6 13 20 27 | |
| T  2  9 16 23 30 | | T  7 14 21 28 | |
| W  3 10 17 24 | | W  1  8 15 22 29 | |
| T  4 11 18 25 | | T  2  9 16 23 30 | |
| F  5 12 19 26 | | F  3 10 17 24 31 | |
| S  6 13 20 27 | | S  4 11 18 25 | |
| S  7 14 21 28 | | S  5 12 19 26 | |