# Exhibit 30



Mark Hollingsworth <markhollingsworthxx@gmail.com>

## New Information on our Projects

1 message

**Mark Hollingsworth** <markhollingsworthxx@gmail.com>  29 April 2013 at 09:14
To: glenn simpson <gsimpson@fusiongps.com>

Hi Glenn,

Just wanted to brief you on latest intrigue for our projects:

1. ENRC: No doubt you have read the Sunday Times story from yesterday based on the letter from Descherts to ENRC. This is explosive stuff and clearly leaked by either Neil Gerrard and/or Malmet Dalman. I have discovered that ENRC have launched a formal leak investigation not just into this letter but all leaks!!!

The media agenda now is the Alex Stewart International story which The Guardian is very keen on. Simon G has called the FBI and DoJ repeatedly but nobody is returning calls. Please could you email me more details on the US investigation, because we cannot make progress without a confirmation from FBI or DoJ.

The Guardian will also be running a story about the lawsuit filed by Eurochem (Melnicehnko) against Shafter Sinkers plc and IMR (regarded as fronts for Trio). Please let me know if you need more details on this case.



Good luck and please call me if yon need to talk this stuff through

Mark