# Exhibit 31

MAY ███████████ 2013 | 2013 JUNE

31 Friday ███████ WEEK 22 151-214 | WEEK 22 152-213 Saturday 1

✓ REPORTS FOR GLENN SIMPSON - ENBC/MUKJAN

✓ E-MAIL
✓ ،،
✓ ،،
✓ ،،
✓ ،، GLENN SIMPSON - PROJECTS + PAYMENTS
✓ ،،
✓ ،،
✓ ،،
✓ ،،
✓ ،، ROB - MEET - NEXT WEEK

JULY
M 1 8 15 22 29
T 2 9 16 23 30
W 3 10 17 24 31
T 4 11 18 25
F 5 12 19 26
S 6 13 20 27
S 7 14 21 28

AUGUST
M    5 12 19 26
T    6 13 20 27
W    7 14 21 28
T 1  8 15 22 29
F 2  9 16 23 30
S 3 10 17 24 31
S 4 11 18 25