# Exhibit 32

JUNE  2013
12 Wednesday
WEEK 24
163-202

✓ CALL
   "
   "
   "
   n: Glenn Simpson

2013  JUNE
WEEK 24
164-201
Thursday 13

✓ E-MAIL
✓   "
✓   "
✓   "
✓   " GLENN SIMPSON — REPORTS

MAY
M    6 13 20 27
T    7 14 21 28
W 1  8 15 22 29
T  2  9 16 23 30
F  3 10 17 24 31
S  4 11 18 25
S  5 12 19 26

JUNE
M    3 10 17 24
T    4 11 18 25
W    5 12 19 26
T    6 13 20 27
F    7 14 21 28
S  1  8 15 22 29
S  2  9 16 23 30

JULY
M  1  8 15 22 29
T  2  9 16 23 30
W  3 10 17 24 31
T  4 11 18 25
F  5 12 19 26
S  6 13 20 27
S  7 14 21 28

AUGUST
M    5 12 19 26
T    6 13 20 27
W    7 14 21 28
T  1  8 15 22 29
F  2  9 16 23 30
S  3 10 17 24 31
S  4 11 18 25