# Exhibit 33

JUNE ████████████ 2013

14 Friday ███████████████████████████████ WEEK 24

███████████████████████████████████

E-MAIL █████████████████

" █████████████████

" GLENN SIMPSON — REPORTS

████████████████████████████████

████████████████████

████████████████████████████████

2013                                           JUNE

WEEK 24
166-199                              Saturday  15

████████████████████████████████

████████████████████

| MAY | | JUNE | |
|---|---|---|---|
| M | 6 13 20 27 | M | 3 10 17 24 |
| T | 7 14 21 28 | T | 4 11 18 25 |
| W | 1 8 15 22 29 | W | 5 12 19 26 |
| T | 2 9 16 23 30 | T | 6 13 20 27 |
| F | 3 10 17 24 31 | F | 7 14 21 28 |
| S | 4 11 18 25 | S | 1 8 15 22 29 |
| S | 5 12 19 26 | S | 2 9 16 23 30 |

| JULY | | AUGUST | |
|---|---|---|---|
| M | 1 8 15 22 29 | M | 5 12 19 26 |
| T | 2 9 16 23 30 | T | 6 13 20 27 |
| W | 3 10 17 24 31 | W | 7 14 21 28 |
| T | 4 11 18 25 | T | 1 8 15 22 29 |
| F | 5 12 19 26 | F | 2 9 16 23 30 |
| S | 6 13 20 27 | S | 3 10 17 24 31 |
| S | 7 14 21 28 | S | 4 11 18 25 |