Case 8:19-mc-00699   Document 1-39   Filed 12/06/19   Page 1 of 2

# Exhibit 34

| JUNE | 2013 | 2013 | JUNE |
|---|---|---|---|
| 16 Sunday | ◐ WEEK 24<br>167-198 | WEEK 25<br>168-197 | Monday 17 |

Reports for Glenn Simpson — 2 Projects

E-MAIL ✓

GLENN SIMPSON — MUKHTAR+ ENRC

MAY
M    6 13 20 27
T    7 14 21 28
W  1  8 15 22 29
T  2  9 16 23 30
F  3 10 17 24 31
S  4 11 18 25
S  5 12 19 26

JUNE
M    3 10 17 24
T    4 11 18 25
W    5 12 19 26
T    6 13 20 27
F    7 14 21 28
S  1  8 15 22 29
S  2  9 16 23 30

JULY
M  1  8 15 22 29
T  2  9 16 23 30
W  3 10 17 24 31
T  4 11 18 25
F  5 12 19 26
S  6 13 20 27
S  7 14 21 28

AUGUST
M    5 12 19 26
T    6 13 20 27
W    7 14 21 28
T  1  8 15 22 29
F  2  9 16 23 30
S  3 10 17 24 31
S  4 11 18 25