# Exhibit 35

JUNE 2013

24 Monday WEEK 26 175-190

[redacted]

✓ CALL [redacted]

✓ " [redacted] ENRC REPORTS [redacted]

✓ " GLEN – " "

[redacted]

[redacted]

| MAY | | | | | |
|---|---|---|---|---|---|
| M | | 6 | 13 | 20 | 27 |
| T | | 7 | 14 | 21 | 28 |
| W | 1 | 8 | 15 | 22 | 29 |
| T | 2 | 9 | 16 | 23 | 30 |
| F | 3 | 10 | 17 | 24 | 31 |
| S | 4 | 11 | 18 | 25 | |
| S | 5 | 12 | 19 | 26 | |

| JUNE | | | | | |
|---|---|---|---|---|---|
| M | | 3 | 10 | 17 | 24 |
| T | | 4 | 11 | 18 | 25 |
| W | | 5 | 12 | 19 | 26 |
| T | | 6 | 13 | 20 | 27 |
| F | | 7 | 14 | 21 | 28 |
| S | 1 | 8 | 15 | 22 | 29 |
| S | 2 | 9 | 16 | 23 | 30 |

2013 JUNE

WEEK 26 176-189 Tuesday 25

[redacted]

[redacted]

[redacted]

| JULY | | | | | |
|---|---|---|---|---|---|
| M | 1 | 8 | 15 | 22 | 29 |
| T | 2 | 9 | 16 | 23 | 30 |
| W | 3 | 10 | 17 | 24 | 31 |
| T | 4 | 11 | 18 | 25 | |
| F | 5 | 12 | 19 | 26 | |
| S | 6 | 13 | 20 | 27 | |
| S | 7 | 14 | 21 | 28 | |

| AUGUST | | | | | |
|---|---|---|---|---|---|
| M | | 5 | 12 | 19 | 26 |
| T | | 6 | 13 | 20 | 27 |
| W | | 7 | 14 | 21 | 28 |
| T | 1 | 8 | 15 | 22 | 29 |
| F | 2 | 9 | 16 | 23 | 30 |
| S | 3 | 10 | 17 | 24 | 31 |
| S | 4 | 11 | 18 | 25 | |