# Exhibit 36

| JUNE | 2013 |
|---|---|
| 26 Wednesday | WEEK 26 / 177-188 |

E-Mail ▓▓▓
    " Glenn — Mukhar's Wife Docs + Horant▓
▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓
10.45 — Rob — Cadogan
▓▓▓▓▓▓

| 2013 | JUNE |
|---|---|
| WEEK 26 / 178-187 | Thursday 27 |

▓▓▓
✓ Call
✓ "
✓ "
✓ "    Glenn Simpson — Docs
▓▓▓

JULY
M 1 8 15 22 29
T 2 9 16 23 30
W 3 10 17 24 31
T 4 11 18 25
F 5 12 19 26
S 6 13 20 27
S 7 14 21 28

AUGUST
M   5 12 19 26
T   6 13 20 27
W   7 14 21 28
T 1 8 15 22 29
F 2 9 16 23 30
S 3 10 17 24 31
S 4 11 18 25