# Exhibit 37

| JULY 2013 | 2013 JULY |
|---|---|
| 8 Monday — WEEK 28 189-176 | WEEK 28 190-175 Tuesday 9 |

8 Monday:
- ✓ E-MAIL ▮▮▮
- ✓ " HORANI/KHORANI REPORT → GLENN
- ✓ " IMR ASSETS — ELLIOTT/GLENN